IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jerry Tatum,                                      :
                                                  :
       Plaintiff(s)                       :
                                                  :  Case Number: 1:12cv17
   vs.                                            :
                                                  :  Chief Judge Susan J. Dlott
Commissioner of Social Security,                  :
                                                  :
       Defendant(s)                       :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on March 25, 2013 (Doc. 25), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 11, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, the Equal Access to Justice Act fee petition is **GRANTED** and plaintiff is **AWARDED** $3,671.25 in attorney fees.

IT IS SO ORDERED.

                                                                                              ___s/Susan J. Dlott_____
                                                                                               Chief Judge Susan J. Dlott
                                                                                               United States District Court